IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| FLORENCIO HIPOLITO RIVERA, *et al.*, | : : : | |
| Plaintiffs, | : : | CASE NO.: 1:17-CV-100 (WLS) |
| v. | : : | |
| JAVIER GUERRERO, *et al.*, | : : | |
| Defendant. _____ | : : | |

## ORDER

Plaintiffs bring this action alleging violations of the Fair Labor Standards Act and breaches of contract under Georgia law. (Doc. 1 at 1.) On October 18, 2017, Plaintiffs moved for approval of a settlement agreement with Defendant Javier Guerrero, and on October 24, 2017, they moved for approval of a settlement agreement with Defendants Jacob W. Paulk, Jr. and Gary H. Paulk. (Docs. 21; 24.) The Court found the agreements fair and approved them on November 1, 2017. (Doc. 25.)

As part of the settlement agreements, Plaintiffs agreed to "execute a Stipulation of Dismissal with prejudice which shall be filed with the Court upon the payment of the Settlement Funds . . . ." (Doc. 21-1 at 5.) Plaintiffs received the settlement payments from the Paulk Defendants on November 14, 2017. (Doc. 27 at 2.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs then circulated a stipulation of dismissal to all parties asking for their consent for a voluntary dismissal. (Doc. 27 at 2.) Defendant Guerrero has yet to sign the stipulation. (*Id.*) Plaintiffs therefore request that the Court dismiss the Paulk Defendants from this action pursuant to Rule 41(a)(2). (*Id.*)

For good cause shown, the Amended Joint Motion for Voluntary Dismissal (Doc. 27) is hereby **GRANTED**. The claims against Defendants Jacob W. Paulk, Jr. and Gary H.

1

Paulk are **DISMISSED WITH PREJUDICE** pursuant to the Parties' request and the settlement agreement.

      **SO ORDERED**, this 19th day of December, 2017.

                                      /s/ W. Louis Sands
                                      **W. LOUIS SANDS, SR. JUDGE**
                                      **UNITED STATES DISTRICT COURT**